# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-283-FDW-DCK

| | |
|---|---|
| LINDSEY E. ROPER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CB&I, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 9) notifying the Court that the parties reached a settlement on October 16, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **November 16, 2017**.

**SO ORDERED**.

Signed: October 23, 2017

David C. Keesler
United States Magistrate Judge